IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Petitioner,                       No. CIV S-06-0885 LKK DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application for leave to proceed in forma pauperis and a motion to file a memorandum of points and authorities in excess of 25 pages.

        Examination of petitioner's in forma pauperis application reveals that petitioner is unable to afford the costs of this suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner is attacking a judgment of conviction entered by the Sacramento County Superior Court in 1998. The court is required to examine petitioner's habeas petition to determine whether the pleading complies with the rules that govern such cases and whether the respondent should be required to file a response. Rules 2 & 4, Fed. R. Governing § 2254 Cases in the District Courts. A federal habeas petition must substantially follow either the form

1

appended to the Federal Rules Governing § 2254 Cases or a form prescribed by a local rule. Rule 2(d), Fed. R. Governing § 2254 Cases in the District Courts.

The 11-page habeas petition filed in this case is comprised of a form petition with several continuation pages. The form is incomplete in that petitioner has not stated any of his grounds for relief on the form with supporting facts. Although petitioner refers to his separately filed memorandum of points and authorities, he does not cite specific pages. Moreover, the memorandum of points and authorities does not follow the format of the petition form in that the document does not set forth the claim followed by a summary of the facts that support that claim. The memorandum of points and authorities includes a statement of the case and a general statement of facts, but these sections do not provide the necessary statement of specific facts supporting each individual claim. Nor is the requirement satisfied by discussion of facts in the context of argument.

The petition before the court does not substantially follow the federal habeas petition form with regard to petitioner's grounds for relief and supporting facts. The petition will be dismissed with leave to file an amended petition that complies with Rule 2 of the Federal Rules Governing § 2254 Cases.

In his amended petition, petitioner must include all information included in his original petition and must also set forth his grounds for relief and supporting facts on the form and on continuation pages that follow the same format as the form. Petitioner may attach a separate memorandum of points and authorities, but the memorandum of points and authorities may not be offered as a substitute for any part of the form petition.

Petitioner's habeas petition was accompanied by a motion to file a memorandum of points and authorities in excess of 25 pages. The motion will be granted, and a memorandum of points and authorities in excess of 25 pages may be attached to petitioner's amended petition.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 25, 2006 application to proceed in forma pauperis is granted.

2. Petitioner's April 25, 2006 motion to file a memorandum of points and authorities in excess of 25 pages is granted;

3. The petition for writ of habeas corpus filed on April 25, 2006, is dismissed with leave to amend;

4. Petitioner is granted thirty days from the date of this order to file an amended petition that complies with this order and Rule 2 of the Federal Rules Governing § 2254 Cases; the amended petition must include the word "Amended" in front of the word "Petition" and must bear the case number assigned to this action; and

5. The Clerk of the Court is directed to send petitioner a form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254; the Clerk shall remove the in forma pauperis application form and related instructions from the habeas petition form.

DATED: December 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
grav0885.115

3