IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER DALE GRAVES,** | CIV S-06-0885 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSEANNE CAMPBELL et al.,** | |
| Respondents. | |

Respondents have requested an extension of time to file a response to petitioner's amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that respondents' response to petitioner's amended petition for writ of habeas corpus shall be filed on or before April 21, 2008.

DATED: March 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/grav0885.111