IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER DALE GRAVES,** | CIV S-06-0885 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL MARTEL et al.,** | |
| Respondents. | |

Respondent has filed a request for an extension of time to file objections to the court's findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent's objections shall be filed on or before January 21, 2009. Petitioner's reply, if any, shall be filed within ten days of being served with respondent's objections.

DATED: December 11, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/grav0885.111obj