IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Petitioner,      No. CIV S-06-0885 LKK DAD P

  vs.

MICHAEL MARTEL, Warden,

    Respondent.      ORDER
_____/

    Respondent has requested an extension of time to file an answer pursuant to the court's order of January 27, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's March 16, 2009 motion for an extension of time (Doc. No. 28) is granted; and

    2. Respondent shall file an answer on or before April 27, 2009.

DATED: March 17, 2009.

                  /s/ Dale A. Drozd
                  DALE A. DROZD
                  UNITED STATES MAGISTRATE JUDGE

DAD:9
grav0885.111ans