IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

     Petitioner,      No. CIV S-06-0885 LKK DAD P

  vs.

MICHAEL MARTEL, Warden,

     Respondent.      <u>ORDER</u>

_____/

     Respondent has requested a second extension of time to file an answer pursuant to the court's order of January 27, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Respondent's April 20, 2009 motion for an extension of time (Doc. No. 31) is granted; and

     2. Respondent shall file an answer on or before May 27, 2009.

DATED: April 21, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
grav0885.111ans(2)