IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Petitioner,                    No. CIV S-06-0885 LKK DAD P

    vs.

MICHAEL MARTEL, Warden,

    Respondent.                ORDER

_____/

        Petitioner has filed a motion for an extension of time to file a traverse in this matter. Good cause appearing, the court will grant petitioner's motion.

        Petitioner has also filed a motion to have respondent send him a copy of all of the 2009 cases cited in the answer. In response to petitioner's motion, respondent has filed and served on petitioner a copy of all of the 2009 cases cited in the answer. Accordingly, the court will deny petitioner's motion as moot.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's May 29, 2009 motion for an extension of time (Doc. No. 35) is granted;

        2. Petitioner is granted up to and including July 22, 2009, in which to file and serve a traverse; and

1

1  　　　　3. Petitioner's May 29, 2009 motion to have respondent send him a copy of all of
2  the 2009 cases cited in the answer (Doc. No. 36) is denied as moot.
3  DATED: June 8, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9:kly
   grav0885.111t